DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GRACE MCLAURIN STEERE,**
Appellant,

v.

**PETER S. BROBERG** and **LUCY DUFFIELD STEERE,** as Co-Personal
Representatives of the Estate of Bruce M. Steere,
Appellees.

No. 4D18-1886

[November 15, 2018]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502011CP002990.

Neil B. Solomon of McLaughlin & Stern, West Palm Beach, for appellant.

Gary A. Woodfield of Haile Shaw & Pfaffenberger, North Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***